UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREW D. DECKER,  Case No. 20-CV-1536 (PJS/JFD)

      Plaintiff,

v.  ORDER

KEITH MCNAMARA, JEFFREY
MARSHALL, and HENNEPIN COUNTY,
MINNESOTA,

      Defendants.

      Michael B. Padden, PADDEN LAW FIRM, for plaintiff.

      Kelly K. Pierce and Sarah McLaren, HENNEPIN COUNTY ATTORNEY'S OFFICE, for defendants.

      The Court held the final pretrial conference in this matter on June 16, 2023. Pursuant to the stipulation of counsel at the pretrial conference, the Court will dismiss Hennepin County as a defendant in this case. Additionally, for the reasons stated on the record at the hearing, the Court will grant defendants' motion in limine to exclude the testimony of Glen Hartman because the motion was not properly opposed and because almost all of Hartman's proposed testimony is inadmissible under Fed. R. Evid. 402, 403, 602, or 702.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Defendant Hennepin County, Minnesota is DISMISSED without prejudice.

2. Defendants' motion in limine to exclude the testimony of Glen Hartman [ECF No. 61] is GRANTED.

Dated:  June 16, 2023               s/Patrick J. Schiltz
                                    Patrick J. Schiltz, Chief Judge
                                    United States District Court